**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Hasan SHABAZZ, Defendant—Appellant.**

**No. 01–50205.**

**D.C. No. CR–00–00298–FMC–06.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 8, 2002.

Decided May 21, 2002.

Before KLEINFELD and GRABER, Circuit Judges, and BOLTON,* District Judge.

## MEMORANDUM **

Hasan Shabazz appeals the denial of his motion to suppress evidence seized at his

* The Honorable Susan R. Bolton, United States District Judge for the District of Arizona, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the

residence pursuant to a search warrant. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm. The issuance of a search warrant by a judge is reviewed for clear error. *United States v. Bowman,* 215 F.3d 951, 963 n. 6 (9th Cir.2000). There was no clear error here. The search warrant was supported by probable cause.

Because the affidavit of special agent Robert Williams was sufficient to establish a fair probability that contraband or evidence of a crime would be found at the location specified in the search warrant, the motion to suppress was properly denied. *See United States v. Gil,* 58 F.3d 1414, 1419 (9th Cir.1995) (internal quotations omitted).

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.